IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

JOSEPH BATTALION, US District Federal Judge, in his individual and official compacity; JOHN GERRARD, US District Federal Judge, in his individual and official compacity; CHERL ZWART, US District Federal Judge, in her individual and official compacity; DENISE LUCKS, US District Federal Court Clerk, in her individual and official compacity; JOHN DOES, in their individual and official compacity; and JANE DOES, in their individual and official compacity;

Defendants.

**8:26CV528**

**ORDER**

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ." The undersigned is named as a defendant in this matter and shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(b)(5).

SO ORDERED.

Dated this 18th day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge